```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ROBERT L. ROGERS,            )
                             )
      Plaintiff,             )
                             )
      v.                     )   CIVIL ACTION NO.
                             )   2:00cv109-MHT
MICHAEL HALEY, etc.,         )        (WO)
et al.,                      )
                             )
      Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants' motion for summary judgment (Doc. No. 95) is denied as to the 2000 promotion to the extent plaintiff seeks prospective injunctive relief from the defendants in their official capacities.

(2) Said motion is granted in all other respects.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this the 23rd day of March, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**