## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ROBERT L. ROGERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:00cv109-MHT** |
| **MICHAEL HALEY, etc.,** ) | **(WO)** |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the jury selection and trial of this cause are set for June 26, 2006, at 10:00 a.m. in Courtroom 2E, Frank M. Johnson, Jr., Courthouse Complex, One Church Street, Montgomery, Alabama;

DONE, this the 12th day of April, 2006.


                        /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**